No. 1005. FULTON v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied. *Frank D. Reeves* for petitioner.

No. 1006. STATE FARM FIRE & CASUALTY CO. v. McFERRIN. C. A. 5th Cir. Certiorari denied. *Fred H. Sievert, Jr.,* for petitioner.

No. 1007. BOARDMAN ET AL. v. UNITED STATES. Ct. Cl. Certiorari denied. *John L. Sullivan* and *Francis W. Sullivan* for petitioners. *Solicitor General Griswold, Assistant Attorney General Martz, Roger P. Marquis* and *S. Billingsley Hill* for the United States.

No. 1010. KNOWLES ELECTRONICS, INC., ET AL. v. TIBBETTS INDUSTRIES, INC., ET AL. C. A. 7th Cir. Certiorari denied. *Wilfred S. Stone* and *Anthony S. Zummer* for petitioners. *David L. Ladd, Dugald S. McDougall* and *Charles S. Grover* for respondents.

No. 1011. BURTZ-DURHAM CONSTRUCTION CO., INC., ET AL. v. UNITED STATES. C. A. 5th Cir. Certiorari denied. *Alex McLennan* for petitioners. *Solicitor General Griswold, Assistant Attorney General Weisl* and *Morton Hollander* for the United States.

No. 1012. FISHER v. UNITED STATES. C. A. 2d Cir. Certiorari denied. *William J. Corcoran* for petitioner. *Solicitor General Griswold, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Sidney M. Glazer* for the United States.